# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIE THORNTON

NO. 2021 KW 1115

**DECEMBER 6, 2021**

---

In Re: Willie Thornton, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 11-15-0180.

---

**BEFORE: McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT